UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION : | |
| OF THE UNITED STATES OF AMERICA : | Mag. Case No.: |
| FOR A SEARCH WARRANT FOR : | |
| Secure Self Storage : | |
| 5909 Blair Road N.W., unit 0033 : | |
| Washington, D.C., 20011 : | |

### AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

I, Sonia Bush, Special Agent (SA) with the Federal Bureau of Investigation (FBI), Washington Field Office (WFO), Washington, D.C. (hereinafter affiant), being duly sworn, depose and state as follows:

### INTRODUCTION

1. I have been a Special Agent with the FBI since 2008, and I am currently assigned to the Violent Crimes Squad CR-2, Criminal Division of the Washington Field Office of the FBI. I am "an investigative or law enforcement officer" of the United States within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States empowered by law to conduct investigations of and to make arrests for offenses enumerated in Section 2516 of Title 18, United States Code. During my career thus far, I have participated in numerous criminal investigations, to include bank robberies, commercial robberies, kidnappings, armored car robberies and active shooter homicide investigations, and have participated in the execution of numerous search and arrest warrants.

2. This affidavit is made in support of a search warrant for 5909 Blair Road N.W., unit 0033, Washington, D.C. 20011, as more fully described herein, the storage unit leased by ROBERT EARL WALKER JR., to search for and seize items, as more fully described herein, associated with violations of federal law, namely Title 21, United Stated Code, Sections

841(a)(1) and 841(b)(1)(B)(ii), that occurred on Friday, July, 18, 2014.

3. This affidavit is based, in part, upon information provided to me by other Special Agents of the FBI and officers of the Washington, D.C. Metropolitan Police Department (MPD), witnesses, surveillance videos, and other information gathered during the course of this investigation. Since this affidavit is being submitted for the limited purpose of obtaining a search warrant for 5909 Blair Road N.W., unit 0033, Washington, D.C., 20011, I have not included every fact known to me concerning this investigation. I have set forth only the facts necessary to establish probable cause that a federal crime has been committed and that there may be presently located items connected to this crime of evidentiary value at the premises to be searched.

4. Based on my experience and training, I am aware that:

a. Those involved in criminal activities commonly maintain at their residences, and on their property, tools and other implements they used during or in furtherance of the commission of crime.

b. Those involved in criminal activities commonly maintain at their residences, and on their property, books, records, receipts, computer diskettes, computers, notes, ledgers, airline tickets, money orders, and other papers and electronic records relating to their criminal activities.

c. Those involved in criminal activities commonly maintain books, papers, documents, and electronic records in secure locations within their residences and their property, so they can have ready access to such information.

d. Those involved in criminal activities attempt to legitimize the proceeds from their criminal activities. They often accomplish this by using the services of foreign and

domestic banks and various financial institutions, and real estate brokers. Books and papers relating to such efforts, including but not limited to, cashier checks, money orders, telegrams, letters of credit and ledgers, are maintained in the residences and on the property of those involved in criminal activities.

e. Those involved in criminal activities take, or cause to be taken, photographs of themselves, their associates, property derived from their criminal activities, and their products, including with cellular telephones, and that such photographs are often kept in their residences or stored in electronic format on computers and computer thumb drives.

f. Those involved in criminal activities very often place assets, including real and personal property, such as vehicles, in names other than their own to avoid the detection and forfeiture of such assets by government agencies and continue to use these assets and to exercise dominion and control over them even though the assets are normally owned by them.

g. Those involved in criminal activities usually have in their possession weapons. These weapons often consist of knives, guns, rifles, pistols, revolvers, shotguns, assault type weapons, and other firearms as well as ammunition for any handgun, shotgun, and/or rifles. They posses these items for protection against robbery and also for use during and in furtherance of the commission of criminal offenses.

5. As a result of my personal participation in this investigation, as well as through interviews with and analysis of reports submitted by other Special Agents of the FBI and officers of the MPD who are involved in this investigation, I believe the facts to show there is probable cause to believe that fruits and evidence of offenses involving a violation of: Title 21, United States Code, Section 841(a)(1) and 841 (b)(1)(B)(ii), Unlawful Possession with Intent to Distribute Five Hundred Grams or More of Cocaine will be found at 5909 Blair Road N.W., unit

0033, Washington, D.C., 20011.

## THE INVESTIGATION

6.     In January 2014, a Confidential Witness (herein referred to as "CW") provided law enforcement agents with information about a group of individuals involved in committing violent robberies and selling illegal firearms throughout the Washington D.C. metropolitan area. The CW is reliable and has yet to provide false or misleading information to the affiant or other members of law enforcement. Information provided by the CW has been corroborated by telephone calls, surveillance, and audio and video recordings

7.     On January 15, 2014 the CW introduced a MPD undercover police officer (herein referred to as "UC") to VANBURN GASKIN who was identified as the leader of the robbery crew. The UC conducted multiple recorded meetings and telephone calls with GASKIN regarding GASKIN and his crew planning to conduct a purported robbery of a drug dealer for the UC. On March 11, 2014, GAKSIN introduced ROBERT WALKER to the UC as a member of his robbery crew. This meeting occurred at Lauriol Plaza restaurant located at 1835 18th Street N.E., Washington, D.C. WALKER was identified as an individual who would participate in the purported robbery and supply the firearms.

8.     On March 26, 2014, the UC met with WALKER at the Banana Café located at 500 8th Street S.E., Washington, D.C. The meeting was audio and video recorded. WALKER told the UC he was interested completing the purported robbery for the UC without GASKIN'S assistance. WALKER also explained to the UC that he was interested in purchasing a large quantity of narcotics from the UC. WALKER indicated he had access to firearms which he could sell to the UC.

9. On June 16, 2014 WALKER and the UC met at the Marriott Hotel located at 900 block of New Jersey Avenue, N.W., Washington, D.C. The UC advised WALKER that the purported robbery of the drug dealer had been completed. The UC showed WALKER a photograph of what was purported to be two kilograms of cocaine recovered from the robbery. WALKER expressed an interest in purchasing cocaine from the UC. The two payment options presented to WALKER were as follows: one kilogram of cocaine in exchange for WALKER providing the UC with 20 firearms and $15,000 or one kilogram of cocaine in exchange for WALKER paying $15,000 up front and the remaining cash balance two weeks after the purchase. WALKER requested a sample of the cocaine prior to the purchase. The UC advised WALKER samples would not be given, however if WALKER was not satisfied with the product he could return it and receive a full refund. WALKER advised the UC he needed to talk to his associates and would contact the UC at a later date with a decision.

10. On Monday July 14, 2014 WALKER telephonically contacted the UC. WALKER requested a meeting with the UC. WALKER advised he was ready to move forward with purchasing narcotics from the UC. On July 16, 2014 WALKER sent a text message to the UC requesting a meeting with the UC to purchase narcotics. WALKER advised the UC that if the UC was unable to supply target with cocaine, WALKER would purchase the narcotics from an alternate source. WALKER contacted the UC from cellular telephone number (202) 459-8100. The UC's contact with WALKER was recorded.

11. On July 18, 2014, WALKER met with the UC was at Secure Self Storage located at 5909 Blair Road NW, Washington, D.C. During that meeting WALKER provided the UC with over $16,000 in cash to purportedly purchased one kilogram of cocaine. At the conclusion of the meeting WALKER and two others were arrested. The two others cases were no-papered.

5

12. On August 14, 2014, your affiant served Secure Self Storage located at 5909 Blair Road N.W., Washington, D.C. with a trial subpoena for surveillance video from July 18, 2014. During the execution of the subpoena, employees at Secure Self Storage identified WALKER as the current leaseholder for that unit at the location. The employees indicated WALKER is delinquent on his rent, therefore the contents of his storage (unit 0033) is scheduled to be auctioned on August 28, 2014. Your affiant was shown a copy of the driver's license the storage facility has on file for WALKER. The driver's license displayed ROBERT EARL WALKER JR., date of birth April 19, 1984. The photo depicted on the driver's license was identified by a Secure Self Storage employee as WALKER who was the same WALKER arrested by law enforcement on July 18, 2014.

## **CONCLUSION**

Based upon these facts, there is probable cause to believe that fruits and evidence, as further described in Attachment B, of: Title 21, United States Code, Section 841(a)(1) and 841 (b)(1)(B)(ii), Unlawful Possession with Intent to Distribute Five Hundred Grams or More of Cocaine will be found at 5909 Blair Road N.W., unit 0033, Washington, D.C., 20011, as further described in Attachment A.

Wherefore, pursuant to Rule 41 of the Federal Rules of Criminal Procedure, I respectfully request a warrant to search 5909 Blair Road N.W., unit 0033, Washington, D.C., 20011, as further described in Attachment A.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

_____
Special Agent Sonia Bush
Federal Bureau of Investigation

Sworn and subscribed to before me this \_\_\_ day of September 16, 2014.

_____
Magistrate Judge
United States District Court
for the District of Columbia